

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-12-00524-CR

---

MATTHAN ETHRIDGE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court
Garza County, Texas
Trial Court No. 10,707, Honorable John Lee Norman, Presiding

---

January 7, 2014

## ON MOTION TO DISMISS

### Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Matthan Ethridge, appealed a judgment of conviction by jury finding him guilty of the offense of driving while intoxicated, and sentence of confinement for a period of 96 hours in the Garza County Jail. Appellant's counsel filed a Motion to Dismiss Appeal on December 23, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the

motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.